

STEVEN BANKS
Corporation Counsel

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

MARY O'FLYNN
phone: (212) 356-2352
fax: (212) 356-3509
moflynn@law.nyc.gov

March 16, 2026

*Application DENIED. The conference will proceed as scheduled. SO ORDERED.*
*[signature] USDJ 3-17-26*

**VIA ECF**
Honorable P. Kevin Castel
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Hidalgo, et al. v. City of New York, et al.*, No. 25 Civ. 2445 (PKC)

Your Honor:

I am a Deputy Chief in the Special Federal Litigation Division of the New York City Law Department and a supervising attorney for Defendant City of New York in the above-referenced matter. The City writes to respectfully request that pursuant to the Court's Order of February 4, 2026, the case be dismissed and the initial conference currently scheduled for Friday March 20, 2026 at 11:00 a.m. be cancelled.

By Order dated February 4, 2026, the Court granted the application of former counsel to withdraw from the case. The Order also directed that if plaintiffs wanted to proceed with the action by March 2, 2026 they either needed to (1) provide the Court with their address for future communication or (2) have an attorney file a notice of appearance on their behalf. The Order also informed plaintiffs that if they failed to comply with either of the above options the Court would dismiss the action. (Dkt. No. 28)

Pursuant to the February 4, 2026 Order, former counsel mailed a copy of the Order to plaintiffs on February 6, 2026 and provided a certificate of service attesting to same. (Dkt. No. 29) To date, plaintiffs have failed to comply with the Court's February 4, 2026 order. They have also failed to provide any indication that they intend to proceed with this action.

In light of the above, defendant City respectfully requests that the case be dismissed for plaintiffs' failure to comply with the Court Order of February 4, 2026.

Defendant City also respectfully requests that the initial conference currently scheduled for Friday March 20, 2026 be cancelled.

Defendant City of New York thanks the Court for its attention to this matter.

Respectfully submitted,

*Mary O'Flynn*
Mary O'Flynn
Deputy Chief
Special Federal Litigation Division


cc: By Mail[1]
    Carmen Hidalgo
    Rasheena Thompson
    210 W 230th ST, Apt 3E
    Bronx, New York 10463

---

[1] Mailed to address included in Certificate of Service at Docket 29.