**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 CARMEN HIDALGO and RASHEENA
THOMPSON,

         Plaintiffs,

   -against-            25 **CIVIL** 02445 (PKC)

                   **JUDGMENT**

THE CITY OF NEW YORK, P.O. "JOHN DOE"
and P.O. "JANE DOE," Individually and in Their
Official Capacities, (the names "John Doe" and
"Jane Doe" being fictitious, as the true names are
presently unknown).,

         Defendants.
-----------------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 16, 2026, the Defendants' motion to dismiss pursuant to

Rule 41(b) is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

   April 17, 2026

               **TAMMI M. HELLWIG**

               _____

                 **Clerk of Court**

      **BY:**

               _____

                 **Deputy Clerk**